DERICK E. KONZ, ESQ., SB No. 286902
    Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ. No. 292056
    Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF EL DORADO, JUSTIN PLATH, JAMES SUTER, and EMERY BIRCH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| DANIEL JONES, | ) Case No.: 2:26-CV-01120-TLN-AC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND REQUEST TO STAY CIVIL PROCEEDING PENDING RESOLUTION OF PLAINTIFF'S RELATED CRIMINAL PROCEEDING; ORDER** |
| COUNTY OF EL DORADO, et al. | ) |
| Defendants. | ) |

Plaintiff has a parallel pending criminal proceeding in the Superior Court of California, County of El Dorado (*People v. Jones, Daniel Lee,* Case No. 25CR0949) that concerns the same incident underlying this civil proceeding. Staying this civil proceeding while the criminal proceeding is pending will protect Plaintiff's Fifth Amendment right; make efficient use of judicial resources; provide consistency by ensuring that common issues are not re-litigated; and ensure that the criminal process is not undermined by an ongoing parallel civil proceeding.

Accordingly, the parties hereby stipulate to and request a stay of this civil proceeding pending resolution of the criminal proceeding (either dismissal of the criminal proceeding or sentencing). Within 30 days after resolution of the criminal proceeding, Plaintiff will file a status report requesting that the Court lift the stay. Within 30 days after the Court issues an order lifting the stay, the parties will file a joint status report addressing the relevant portions of Local Rule

240(a) to facilitate the entry of a pretrial scheduling order.

**SO STIPULATED**.

Dated:  April 24, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*

By:_____

Derick E. Konz
Attorneys for Defendants COUNTY OF
EL DORADO, EMERY BIRCH,
JUSTIN PLATH and JAMES SUTER

Dated:  April 24, 2026

*/s/ Robert Chalfant*

By:_____

Robert Chalfant
ROBERT CHALFANT LAW, PC
Attorney for Plaintiff DANIEL JONES

-2-
STIPULATION AND REQUEST TO STAY CIVIL PROCEEDING PENDING RESOLUTION OF
PLAINTIFF'S RELATED CRIMINAL PROCEEDING; ORDER

**ORDER**

Upon stipulation of the parties and good cause appearing, the Court stays this proceeding pending resolution of Plaintiff's parallel civil proceeding (either dismissal of the criminal proceeding or sentencing). Within 30 days after resolution of the criminal proceeding, Plaintiff will file a status report requesting that the Court lift the stay. Within 30 days after the Court issues an order lifting the stay, the parties will file a joint status report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order.

**SO ORDERED.**

Date: April 24, 2026

_____

Troy L. Nunley
Chief United States District Judge

STIPULATION AND REQUEST TO STAY CIVIL PROCEEDING PENDING RESOLUTION OF
PLAINTIFF'S RELATED CRIMINAL PROCEEDING; ORDER